

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DEC 17 1999

| | |
|---|---|
| ELIZABETH FISHER ON BEHALF OF HER MINOR CHILD, JENNIFER ROE | CIVIL ACTION NO. 99-1993 |
| VERSUS | JUDGE DONALD E. WALTER |
| BOSSIER PARISH SCHOOL BOARD, and KIM GASPARD | MAGISTRATE JUDGE PAYNE |

## JUDGMENT

Before this Court are cross Motions for Summary Judgment. For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that plaintiff's Motion for Summary Judgment [Doc. #8] be and is hereby **GRANTED** and defendants' Cross-Motion for Summary Judgment [Doc. #11] be and is hereby **DENIED**.

Defendants are hereby enjoined from prohibiting Roe from wearing this black armband to school in protest of the uniform policy. Defendants are hereby enjoined from taking any disciplinary action against Roe, now and in the future, for initially wearing this armband, and from placing or transmitting any form of negative comment relating to Roe's wearing of this armband in her school record or elsewhere.

**IT IS FURTHER ORDERED** that defendants wholly expunge from the School Board and Parkway records any mention, now or in the future, of Roe's initial wearing of this armband



or of this lawsuit.

  **THUS DONE AND SIGNED** in Shreveport, Louisiana this \_\_16\_\_ day of December, 1999.

                 /s/ Donald E. Walter
                 DONALD E. WALTER
                 UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED December 17, 1999
BY Onna M. Neufleet
COPY: Waives, Quigley, Hammonds, McKneely, J. Kennedy